Anna Reeves Olson, 6-3692
PARK STREET LAW OFFICE
242 S. Park Street
Casper, Wyoming 82601
(307) 265-3843
(307) 235-0243 *facsimile*
aro@parkstreetlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DENNIS JOY, ) | |
| ) | Case Number:  2:20-CV-00112-MLC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETER J. YOUNG, and DOES 1 ) | |
| Through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |

PETER J. YOUNG'S ANSWER TO PLAINTIFF'S COMPLAINT

DEFENDANT, Peter Young, through his Counsel and for his Answer, states as follows:

1. Defendant admits the allegations of Paragraph 1.

2. Defendant denies that he is a resident of Colorado, but states that he is a resident of Florida.

3-5. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraphs 3 through 5.

FIRST CAUSE OF ACTION

(Legal Malpractice against Peter J. Young)

6. No response is required.

7-9. Defendant denies the allegations of Paragraphs 7 through 9.

1

10-11.  Defendant is without sufficient information to admit or deny the allegations of Paragraph 10 through 11.

12.   Defendant denies the allegations of Paragraph 12.

## SECOND CAUSE OF ACTION

(Legal Malpractice against Peter J. Young)

13.   No response is required.

14.   Defendant admits the allegations of Paragraph 14.

15-17.  Defendant denies the allegations of Paragraphs 15 through 17.

## THIRD CAUSE OF ACTION

(Legal Malpractice against Peter J. Young)

18.   No response is required.

19-24.  Defendant is without sufficient information to admit or deny the allegations of Paragraphs 19 through 24.

25-26.  Defendant denies the allegations of Paragraphs 25 through 26.

## FOURTH CAUSE OF ACTION

(Legal Malpractice against Peter J. Young)

27.   No response is required.

28-32.  Defendant is without sufficient information to admit or deny the allegations of Paragraphs 28 through 32.

33.   Defendant denies the allegations of Paragraph 33.

## FIFTH CAUSE OF ACTTION

(Legal Malpractice against Peter J. Young)

34.   No response is required.

35-36.   Defendant is without sufficient information to admit or deny the allegations of Paragraphs 35 through 36.

37.   Defendant denies the allegations of Paragraph 37.

## FIFTH (SIC) CAUSE OF ACTION

(Fraud against Peter J. Young)

38.   No response is required.

39.   Paragraph 39 contains a statement of the law and no response is required.

40.   Defendant denies the allegations of Paragraph 40 along with all of its subparagraphs.

41.   Defendant denies the allegations of Paragraph 41 along with all of its subparagraphs.

42-44.   Defendant denies the allegations of Paragraphs 42 through 44.

## SIXTH (SIC) CAUSE OF ACTION

(Breach of the Fiduciary Duty against Peter J. Young)

45.   No response is required.

46.   Defendant admits that during the attorney-client relationship with Plaintiff, that Defendant owed Plaintiff a fiduciary duty.  What the fiduciary duty relationship requires is an issue of law and no response is required.

47-48.   Defendant denies the allegations of Paragraphs 47 through 48.

## SEVENTH (SIC) CAUSE OF ACTION

(Unjust Enrichment)

49.   No response is required.

50.   Defendant admits the allegations of Paragraph 50.

51-54.   Defendant denies the allegations of Paragraph 51 through 54.

## EIGHTH (SIC) CAUSE OF ACTION

(Breach of Contract and Covenant of Good Faith and Fair Dealing)

55. No response is required.

56. Defendant admits that during the period of an attorney-client relationship, he owed a duty to the Plaintiff to act in good faith and deal fairly with him.

57-58. Defendant denies the allegations of Paragraphs 57 through 58.

## NINTH (SIC) CAUSE OF ACTION

(Punitive Damages)

59. No response is required.

60. Defendant admits that during the period of the attorney-client relationship, Defendant owed Plaintiff a duty of care.

61-63. Defendant denies the allegations of Paragraphs 61-63.

### PRAYER FOR RELIEF

In answering Plaintiff's prayer for relief, Defendant denies that Plaintiff is entitled to any relief.

### AFFIRMATIVE DEFENSES

1. Defendant denies all allegations of the Complaint that were not specifically admitted to.

2. Defendant asserts that the damages alleged in the Complaint were caused by or contributed to by the actions of the Plaintiff or others.

3. Defendant asserts that Plaintiff failed to mitigate his damages, if any.

4. Defendant asserts that the Plaintiff has failed to state a claim upon which relief can be granted.

5. Defendant asserts that the plaintiff has not suffered any actual damages and is not entitled to any damages.

6. Defendant asserts that the Complaint is barred by the statute of limitations set forth is W.S. § 1-3-107.

7. Defendant asserts that the Complaint is barred by the doctrines of waiver, estoppel and/or laches.

8. Defendant asserts that right to list additional defenses as they become known.

WHEREFORE, Defendant requests that the Complaint be dismissed, that Plaintiff take nothing thereby and that Defendant be awarded costs and such other and further relief as the Court deems just.

**DATED** this 29th day of June 2020.

> */Anna Reeves Olson*
> Anna Reeves Olson, #6-3692
> PARK STREET LAW OFFICE
> 242 So. Park Street
> Casper, Wyoming 82601
> (307) 265-3843
> (307) 235-0243 *facsimile*
> aro@parkstreetlaw.com
>
> *Attorney for Defendant*

CERTIFICATE OF SERVICE

    The undersigned does certify that a true and correct copy of the foregoing was correctly addressed and served in the following manner on this 29th day of June 2020.

| | |
|---|---|
| Christopher J. King, 7-4532<br>PO Box 552<br>Worland, Wyoming 82401 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight<br>☐ ECF<br>☐ Email |

*/Anna Reeves Olson*_____
Anna Reeves Olson